**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

```
EBRAHIM M. MUSSA,              )    NO. ED CV 14-1871-TJH(E)
                               )
            Plaintiff,         )
                               )
     v.                        )    JUDGMENT
                               )
CYNTHIA L. TAMPKINS, et al.,   )
                               )
            Defendants.        )
_____)
```

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: December 11, 2014

                                    /s/ Terry J. Hatter, Jr.
                                    _____
                                           TERRY J. HATTER, JR.
                                       UNITED STATES DISTRICT JUDGE